

# THE THIRTEENTH COURT OF APPEALS

13-21-00236-CV

Osvaldo Benavides and Rosaura Dalel Saldana
v.
Los Campeones, Inc.

On Appeal from the
197th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-01999

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

April 21, 2022